**Dismissed and Memorandum Opinion filed December 12, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00751-CV

---

### YUSUF M. SULTAN, Appellant

### V.

### CA NEW PLAN FIXED RATE PARTNERSHIP, L.P., Appellee

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-46160**

---

# MEMORANDUM OPINION

This is an appeal from a judgment signed May 1, 2012. The clerk's record was filed October 10, 2012. The reporter's record was filed February 7, 2013. This appeal was abated for sixty days and the underlying dispute was referred to mediation. The appeal was subsequently reinstated, and the court ordered appellant to file his brief on or before August 16, 2013. No brief or motion for extension of time was filed.

On October 22, 2013, this court issued an order stating that unless appellant filed his brief with the clerk of this court on or before November 4, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Busby, and Donovan.